JS-6

1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   KEE SOOK AHN,                        **Case No.: 2:21-cv-09491-PA (ASx)**
                                          Assigned to Hon. Percy Anderson
12
                  Plaintiff,              **ORDER GRANTING STIPULATION**
13                                        **FOR DISMISSAL OF THE ENTIRE**
           vs.                            **ACTION**
14

15   STEVEN M. LEHMER; and DOES 1
     to 10,
16
                  Defendants.
17

18
19
20
21
22
23
24
25
26
27
28

                              [PROPOSED] ORDER

1        Based on the stipulation of the parties and for good cause shown:

2

3        IT IS HEREBY ORDERED that the entire action be dismissed without

4

5    prejudice, all parties to bear their own fees and costs.

6

7

8

9

10

11

12

13       SO ORDERED.

14

15       DATED:  July 22, 2022        _____

16                                         Percy Anderson
                                     United States District Court Judge
17

18

19

20

21

22

23

24

25

26

27

28

---

1
[PROPOSED] ORDER